IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BANCFIRST, an Oklahoma state banking corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. CIV-11-174-L |
| DIXIE RESTAURANTS, INC., an Arkansas corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **J U D G M E N T**

Pursuant to the order issued this date, this action is dismissed **with prejudice**.

Entered this 4th day of January, 2012.

_____
TIM LEONARD
United States District Judge